**Opinion filed March 7, 2013**



## In The

# Eleventh Court of Appeals

_____

## No. 11-13-00079-CR
_____

## IN RE TONY RAY JONES

---

### Original Proceeding

---

### M E M O R A N D U M   O P I N I O N

Appearing pro se, Relator, Tony Ray Jones, a prison inmate, has filed an original proceeding wherein it appears that he is attempting to obtain postconviction habeas corpus relief. Finding that we lack jurisdiction, we dismiss the petition.

The habeas corpus procedure set out in Article 11.07 of the Texas Code of Criminal Procedure provides the exclusive remedy for felony postconviction relief in state court. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (West Supp. 2012); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 484 (Tex. Crim. App. 1995). There is no role for the courts of appeals in the procedure under Article 11.07. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 242 (Tex. Crim. App. 1991). Accordingly, we dismiss Relator's original proceeding for want of jurisdiction.

March 7, 2013                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.